# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| PATRICIA A. TRAVERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:12-cv-617 |
| ) | |
| CELLCO PARTNERSHIP d/b/a ) | Judge Campbell |
| VERIZON WIRELESS, ) | Magistrate Judge Bryant |
| ) | |
| Defendant. ) | Jury Demand |

## DECLARATION OF KIMBERLY GIBSON HARRIS

Declarant, Kimberly Gibson Harris, under penalty of perjury, states as follows:

1. I am over eighteen years of age, and I make this Declaration based upon my own personal knowledge.

2. I am currently an Operations Manager for Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless") in its Franklin, Tennessee office.

3. Verizon Wireless is a nationwide wireless service provider with retail stores throughout the country. In 2009 and 2010, I was a Manager in the Continuity Marketing Operations ("CMO") Department for Verizon Wireless in Franklin, Tennessee.

4. On June 21, 2010, Administrative Performance Supervisor Minyarn Pratt and I met with Patricia Travers to inform her of her discharge from Verizon Wireless. I was not Ms. Travers's manager, but I informed her of the discharge decision because her manager, Denise Gowler, was out of the business at that time.

5. The only information I had regarding the reasons for Ms. Travers's termination was contained in the South Area Termination Request Form, which was completed for Ms. Travers.

1

Based on the information contained in that document, I informed her that her employment was being terminated for integrity because of repeated violations of the Code of Business Conduct.

6. I did not mention or discuss Ms. Travers's attendance, health, or any leaves of absence during the termination meeting.

7. I did not make the recommendation or decision to discharge Ms. Travers.

I declare under penalty of perjury that the foregoing is true and correct.

This 20th day of May, 2013.

*Kimberly Gibson-Harris* (signature)