IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PATRICIA A. TRAVERS, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.3:12-cv-617 |
| ) | |
| vs. ) | Judge Campbell |
| ) | Magistrate Judge Bryant |
| ) | |
| ) | JURY DEMAND |
| CELLCO PARTNERSHIP ) | |
| d/b/a/ VERIZON WIRELESS ) | |
| ) | |
| ) | |
| Defendant. ) | |

### MOTION TO FILE ATTACHED REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S NOTICE OF OUTSTANDING DISCOVERY

COMES NOW the Plaintiff Patricia Travers and moves file the attached reply to Defendant's Response to Plaintiff's Notice of Outstanding Discovery (ECF No. 47).

Respectfully submitted,

*S/ Heather M. Collins*
Heather Moore Collins (#26099)
2002 Richard Jones Road, Suite B-200
Nashville, Tennessee 37215
(615)724-1996
(615)691-7019 (FACSIMILE)
heather@hmcollinslaw.com

*Attorney for Plaintiff*